Eliezer Drew (ED0625)
Grushko & Mittman, P.C.
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697 – 9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    Index No.: 07 Civ. 9242(AKH)
ALPHA CAPITAL ANSTALT,                                            ECF CASE

                Plaintiffs,                                      **Rule 7.1 Statement**

    - against -

NESS ENERGY INTERNATIONAL, INC.

                Defendants.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiffs (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of any Plaintiffs, which are publicly held.

New York, New York
Dated:  October 12, 2007

                                            GRUSHKO & MITTMAN, P.C.

                                            By: /s/ *Eliezer Drew*
                                            Eliezer Drew (ED0625)
                                            Attorney for Plaintiffs
                                            551 Fifth Avenue, Suite 1601
                                            New York, New York 10176
                                            (212) 697–9500
                                            (212) 697–3575 (fax)