IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF NEW YORK

ALPHA CAPITAL ANSTALT

    Plaintiffs

- against -

NESS ENERGY INTERNATIONAL, INC

    Defendants

CASE NO: **07 CIV 9242**

DECLARATION OF SERVICE

The undersigned, being first duly sworn, on oath deposes and says:

1). That I am now and at all times herein mentioned, was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action and competent to be a witness therein.

2). That I did on the **1st** day of November, 2007 at the hour of **11:33 A.M.** duly serve the below-described documents in the above-entitled matter upon **Ness Energy International, Inc.**, at the address of **905 N Pines Road Suite A**, city of **Spokane Valley**, state of **Washington, 99206** by then and there personally handing true and correct copies thereof and leaving with **W. L. Campbell**, registered agent, the following documents:

    Summons, Complaint, Rule 7.1 Statement, and Individual Rules of the Honorable Alvin K Hellerstein Southern District of New York

I declare under penalty of perjury under the laws of the state of Washington that the forgoing is true and correct.

SUBSCRIBED AND SWORN TO before me this
1st day of November, 2007

_____
NOTARY PUBLIC in and for the State of Washington, residing at STEVENS County
Commission Expires 10/06/2010

Dated this 1st day November, 2007.

_____
RAQUEL L. BRIDGES, Stevens County
Registration Number 2001-004
Target Services
5978 Hwy 291 Suite 9
Nine Mile Falls, WA 99026
509.464.2167

| | |
|---|---|
| Locate Fee | $ -0- |
| Return Fee | $ -0- |
| Service Fee | $ 45.00 |
| Mileage | $ -0- |
| Other | $ -0- |
| TOTAL | $ 45.00 |