UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ALPHA CAPITAL ANSTALT,**

    Plaintiff(s),

vs.

**NESS ENERGY INTERNATIONAL, INC.,**

    Defendant(s),

No.

DECLARATION OF SERVICE

ss.

The undersigned declares under penalty of perjury under the laws of the State of Washington: That I am now and at all times herein mentioned a citizen of the United States and a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **7th** day of **November, 2007 @ 11:59 AM**, at the address of **6500 Harbour Heights Parkway #400**, **Mukilteo**, within **SNOHOMISH** County, WA, the undersigned duly served the following document(s): **SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; INDIVIDUAL RULES** in the above entitled action upon **NESS ENERGY INTERNATIONAL, INC. C/O CSC CORPORATION, Registered Agent**, by then and there personally delivering a true and correct copy(ies) of the above documents into the hands of and leaving same with **Linda Reed, CSA**.

Desc: Sex: Female – Age: 25 – Skin: White – Hair: Lt. Brown – Height: 5'10 – Weight: 140.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 11-7-07

Service Fee: $ 10.00
Return Fee: $ 7.00
Mileage Fee: $ 33.00
Misc. Fee: $
Total Fee: $ 50.00

**Isaac Delys**
Registered Process Server
License #: **9500061**
Precise Process
7540 – 37th Ave NE #102
Seattle, WA 98115
206.381.8870