UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALPHA CAPITAL ANSTALT,

              Plaintiff,

    -against-

NESS ENERGY INTERNATIONAL, INC.,

              Defendant.
------------------------------------------------------------ x

**ORDER**

07 Civ. 9242 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On January 2, 2007, plaintiff submitted a draft default judgment for the Court's signature. The Court declines to sign a default judgment without proof of actual notice being waived or being delivered to defendant, either directly by plaintiff or indirectly by CSC Corporation. The motion is denied without prejudice.

    SO ORDERED.

Dated:    January __, 2008
                New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

1