**Grushko & Mittman, P.C.**
Attorneys at Law
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697-9500 (Telephone)
(212) 697-3575 (Telecopier)
counslers@aol.com (e-mail)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

*Edward M. Grushko*
*Barbara R. Mittman*
*Eliezer Drew - Admitted NY/NJ*

January 17, 2008

*The conf. is canceled 1-17-08*
*[signature] Alvin Hellerstein*

BY FACSIMILE

Hon. Alvin K. Hellerstein.
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-7942

Re:  Alpha Capital Anstalt v. Ness energy International, Inc.
     Index No.: 07 civ 9242 (AKH)

Dear Judge Hellerseitn:

I am writing regarding the conference scheduled for tomorrow, Friday, January 18, 2008 at 9:45 A.M. Upon receipt of the Notice of Court Conference, I forwarded a copy to the last known address of the Defendant. I never was contacted by any representative of the Defendant about this case and do not believe anyone will be appearing on the Defendant's behalf.

I submitted default judgment to the court that the Court declined to sign absent proof of actual notice by the Defendant. I have obtained such proof this week and as the Defendant was informed, intend on refilling the Default Judgment. In light of the above I respectfully request that the conference be adjourned pending an appearance by the Defendant.

Very truly yours,

[signature]

Eliezer Drew (ED0625)