Hellerstein, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALPHA CAPITAL ANSTALT,

                Plaintiffs,              Index No.: 07 Civ. 9242(AKH)

      - against -

                                                          **DEFAULT JUDGMENT**

NESS ENERGY INTERNATIONAL, INC.

                Defendant.
-----------------------------------------------------------------X

    This action having commenced on October 16, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, NESS ENERGY INTERNATIONAL, INC., November 1, 2007 by serving CSC Corporation, registered agent for the defendant, by personally delivering a true copy of the summons and complaint to CSC Corporation and leaving same with Linda Reed, CSA and proof of such service thereof was filed on December 24, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $491,345.46 with interest at 15 % from 5/13/07 amounting to $51,369.00 plus costs and disbursements of this action in the amount of $ 420 amounting in all to $543,035.30

Dated:  New York, New York
           January 18, 2008

                                                                     U.S.D.J.

                                      This document was entered on the docket on _____.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08