Eliezer Drew (ED0625)
Grushko & Mittman, P.C.
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697-9500
Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALPHA CAPITAL ANSTALT,

                        Plaintiffs,

        - against -

NESS ENERGY INTERNATIONAL, INC.

                        Defendant.
----------------------------------------------------------------X

Index No.: 07 Civ. 9242(AKH)

**ORDER TO SHOW CAUSE FOR AN ORDER TO TURN OVER ASSETS PURSUANT TO RULE 69**

Upon the declaration of Eliezer Drew affirmed to the 4th day of April and upon the copy of the judgment hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on 5/28, 2008 at 3:00 o'clock in the p.m. noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 69 of the Federal Rules of Civil Procedure ordering the defendant turn over to the plaintiff the stock certificates representing the defendant's entire ownership interests of Ness Energy of Israel, Inc., and it is further

ORDERED that service by email to Alan Stricklin, Chief Executive Officer of the defendant at alan@txoilgas.com with a copy by USPS Express Mail to the defendant's address PO Box 161638, Fort Worth, Texas 76161, of a copy of this order the annexed affirmation and

✓ memorandum of law upon the defendant or his counsel on or before ~~____~~ **noon** o'clock in the ~~noon~~, **5/20** 2008, shall be deemed good and sufficient service thereof.

**Further ordered:**

DATED: New York, New York
       May ~~9~~ **20**, 2008
       12:10 pm

_____
Hon. Alvin K Hellerstein
United States District Judge

(AKH)

1. Pl. shall show, by competent aff't and brief, on or before noon, 5/21/08, the precise establishment of plaintiff under the laws of Liechtenstein and whether or not, under such laws, it has a jural capacity distinct from its owners, managers, fiduciaries and beneficiaries.

2. Any and all opposition papers by def't shall be filed and served by noon, 5/27/08.

(AKH)