Eliezer Drew (ED0625)
Grushko & Mittman, P.C.
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697 – 9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Index No.: 07 Civ. 9242(AKH)
ALPHA CAPITAL ANSTALT,                                            ECF CASE

                Plaintiffs,

                - against -

NESS ENERGY INTERNATIONAL, INC.

                Defendants.
-------------------------------------------------------------X
Eliezer Drew declares under penalty of perjury:

    1.    I am an attorney admitted to practice before this Court and the Courts of the State of New York and am an associate at the law firm of Grushko & Mittman, P.C., attorneys for the Plaintiff.

    2.    On May 19, 2008, I served the enclosed papers, **Order to Show Cause, Affirmation in Support of an Order to Show Cause for an Order to Turn Over Assets Pursuant To Rule 69** and **Memorandum of Law**, on the Defendant by emailing them to Alan Stricklin, Chief Executive Officer of the defendant at alan@txoilgas.com with a copy by USPS Express Mail to the defendant's address PO Box 161638, Fort Worth, Texas 76161

Dated: New York, New York
       May 21, 2008

                                           Grushko & Mittman, P.C.

                                           By: _____
                                           Eliezer Drew
                                           Attorneys for Plaintiff
                                           551 Fifth Avenue, Suite 1601
                                           New York, New York 10176
                                           (212) 697–9500