UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ALPHA CAPITAL ANSTALT,

          Plaintiffs,

- against -

NESS ENERGY INTERNATIONAL, INC.

          Defendant.
-----------------------------------------X

Index No.: 07 Civ. 9242(AKH)

AFFIRMATION REGARDING
THE CORPORATE STATUS
OF ALPHA CAPITAL ANSTALT
UNDER THE LAWS OF
LICHTENSTEIN

STATE OF LICHTENSTEIN ) ) ss.: )

Konrad Ackerman declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.     I am the director of Alpha Capital Anstalt ("Alpha") to and I am making this affirmation in response to the Court's order dated May 19, 2008, requiring Alpha to show that an anstalt is recognized under Liechtenstein law as a distinct judicial entity separate from its owners, managers, fiduciaries and beneficiaries.

    2.     Alpha is formed and registered with Liechtenstein as an Anstalt. See Extract of the Public Register dated 20th of May, 2008 attached hereto as Exhibit 1.

    3.     Attached hereto as Exhibit 2 is a letter from Dr. Alexander F. Abfalterer, a Liechtenstein attorney, dated May 20, 2008, setting forth the judicial capacity of an anstalt generally and Alpha particularly.

    4.     In any event each person who could be considered an owner, manager, fiduciary or beneficiary of Alpha is not United States citizens.

Dated:     May 20, 2008
             Vaduz Lichtenstein

X _____
    Konrad Ackerman

# Exhibit 1



# Öffentlichkeitsregister Liechtenstein - Hauptregister

| Registernummer | Rechtsnatur | Eintragung | Löschung | Uebertrag | 1069007 |
|---|---|---|---|---|---|
| FL-0002.024.411-4 | Anstalt | 28.09.2000 | | von: 0002.024.411-4/a auf: | 1 |

Nur gültige Eintragungen

| Ei | Lö | Firma bzw. Name | Ref | Sitz |
|---|---|---|---|---|
| 2 | | Alpha Capital Anstalt | 1 | Vaduz |

| Ref | Anstaltsfonds/-kap. | Liberierung | Anstaltsanteile | Ref | Repräsentanz/Zustelladresse |
|---|---|---|---|---|---|
| 2 | CHF 8'500'000.-- | CHF 8'500'000.-- | nicht in Anteile zerlegt | 3 | c/o FIDIUM TREUHAND Anstalt für Treuhänderschaften und Verwaltungen Pradafant 7 9490 Vaduz |

| Ei | Lö | Zweck | Ref | Geschäftsadresse |
|---|---|---|---|---|
| 1 | | Zweck des Unternehmens ist: a) Vornahme aller Arten von Finanzgeschäften, die direkt oder indirekt im Aufgabenbereich des Unternehmens liegen können. b) Beteiligung an anderen Unternehmungen; c) Vornahme aller sonstigen Rechtsgeschäfte, die direkt oder indirekt im Aufgabenbereich des Unternehmens liegen können. | | |

| Ei | Lö | Bemerkungen | Ref | Statutendatum |
|---|---|---|---|---|
| 1 | | Der von der bisherigen Registerkarte übertragene Auszug enthält keine vor dem Übertrag gestrichenen Tatsachen und somit auch keine allfälligen früheren Statutendaten oder Tagebuch-Zitate. Diese Informationen können auf der im Feld "Übertrag" bezeichneten Handelsregisterkarte eingesehen werden. | 1 | 15.12.2000 |
| 1 | | Allfällige Bekanntmachungen erfolgen in gesetzlicher Form. | 2 | 27.10.2005 |
| 2 | | Änderung der Rechtsform per 30.09.2005 ohne Auflösung lt. Beschluss der Generalversammlung vom 27.10.2005 | | |

| Ei | Lö | Sacheinlagen, Sachübernahmen, besondere Vorteile, Genussscheine | Ref | Publikationsorgan |
|---|---|---|---|---|
| | | | 1 | Landeszeitungen |

| Ei | Lö | Zweigniederlassung | Ei | Lö | Zweigniederlassung | Ei | Lö | Zweigniederlassung | Ei | Lö | Zweigniederlassung |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| Zei | Ref | TB-Nr | TB-Datum | | Zei | Ref | TB-Nr | TB-Datum |
|---|---|---|---|---|---|---|---|---|
| gm | 1 | 0 | 26.06.2004 | | BD | 4 | 13175 | 02.07.2007 |
| FE | 2 | 7896 | 03.05.2006 | | | | | |
| BD | 3 | 14185 | 26.07.2006 | | | | | |

| Ei | Ae | Lö | Angaben zur Verwaltung | Funktion | Zeichnungsart |
|---|---|---|---|---|---|
| 1 | | | Wohlwend, Reinhold Viktor, StA: Liechtenstein, 9490 Vaduz | Mitglied | Einzelunterschrift |
| | 4 | | Freischer, Mag.iur. Edmund, StA: Österreich, 9490 Vaduz | Mitglied | Einzelunterschrift |
| | | 4 | Ackermann, Konrad, StA: Schweiz, 9315 Neukirch-Egnach | Mitglied | Kollektivunterschrift zu zweien |

Vaduz, 20.05.2008 08:16



Beglaubigter Auszug

Yvonne FISCHER

Dieser Auszug aus dem Öffentlichkeitsregister des Fürstentums Liechtenstein hat ohne die nebenstehende Originalbeglaubigung keine Gültigkeit. Er enthält alle gegenwärtig für diese Firma gültigen Eintragungen. Auf besonderes Verlangen kann auch ein Auszug erstellt werden, der alle Eintragungen - die gültigen und die gestrichenen - enthält.

**Exhibit 2**

**DR. ALEXANDER F. ABFALTERER**
Advokaturbüro / Law Offices

Lettstrasse 10
Postfach 1105
FL 9490 Vaduz
T   +423 232 72 25
F   +423 232 72 14
office@abfalterer.com

Verwaltungs- und Privat Bank AG
FL 9490 Vaduz
Kontonummer:   347.934.010
IBAN:   LI4208805003479340010

MWST 53766

Vaduz, 20.05.2008

Statement

To whom it may concern

Alpha Capital Anstalt was originally formed as a Company limited by shares at the 28th of September 2000. With resolution dated 27th of October 2005, registered 3rd of May 2006, Alpha Capital Anstalt changed its legal form onto an Anstalt.

Alpha Capital Anstalt is a form of enterprise under private law (Art. 534 – 551 PGR ("Personen- und Gesellschaftsrecht", LLGBl. 1926 No. 4 in its actual version) with its own legal personality. The establishment under private law ("Anstalt") is an autonomous fund with its own legal personality, where only the assets of the establishment are available to be set against the enterprise's liabilities. The form of the establishment may be similar to that of a foundation or to that of a corporate entity. Unlike a foundation an establishment must be entered onto the Public Register ("Öffentlichkeitsregister") and may carry on commercial activity without limitation. As an independent legal person with its own assets, the establishment is, subject to the Statutes, legally competent to conduct commercial and financial business of all kinds, to engage in the administration of its own assets or otherwise to pursue any other legally permitted objectives. Like the company limited by shares an establishment comes into existence and acquires legal personality only upon entry onto the Public Register. Alpha Capital Anstalt is registered with the Public Register under No.: FL-0002.024.411-4 (see attached extract of the Public Register).

In summary it can be stated without any doubt that Alpha Capital Anstalt as an "Anstalt" recognized under Liechtenstein Law is a distinct judicial entity separate from its owners, managers, fiduciaries and beneficiaries.

Your Sincerely

Dr. Alexander F. Abfalterer