Eliezer Drew (ED0625)
Grushko & Mittman, P.C.
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697 – 9500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X          Index No.: 07 Civ. 9242(AKH)
ALPHA CAPITAL ANSTALT,                                                                      ECF CASE

Plaintiffs,

- against -

NESS ENERGY INTERNATIONAL, INC.

Defendants.
---------------------------------------------------------------X
Eliezer Drew declares under penalty of perjury:

1.      I am an attorney admitted to practice before this Court and the Courts of the State

of New York and am an associate at the law firm of Grushko & Mittman, P.C., attorneys for the

Plaintiff.

2.      On May 21, 2008, I served the enclosed papers, **Affirmation of Konrad**

**Ackerman** and **Memorandum of Law**, on the Defendant by emailing them to Alan Stricklin,

Chief Executive Officer of the defendant at alan@txoilgas.com with a copy by USPS First Class

Mail to the defendant's address PO Box 161638, Fort Worth, Texas 76161

Dated: New York, New York
          May 21, 2008

Grushko & Mittman, P.C.

By: _____
Eliezer Drew
Attorneys for Plaintiff
551 Fifth Avenue, Suite 1601
New York, New York 10176
(212) 697–9500